No. 24-1248

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

KAREN MORALES POSADA, individually and on behalf of all others similarly situated; AMANDA SARMENTO FERREIRA GUIMARAES, individually and on behalf of all others similarly situated; WILLIANA ROCHA, individually and on behalf of all others similarly situated; SARA BARRIENTOS, individually and on behalf of all others similarly situated,
*Plaintiffs-Appellees,*

v.

CULTURAL CARE, INC., a Massachusetts Corporation
*Defendant-Appellant.*

*On Appeal from the United States District Court
for the District of Massachusetts
Hon. Indira Talwani, District Judge
Case No. 1:20-cv-11862-IT*

**APPELLEES' UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT**

DAVID H. SELIGMAN
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, Colorado 80237-5680
Ph: (720) 441-2236

PETER RUKIN
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612
Ph: (415) 421-1800

MATTHEW C. HELLAND
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Ph: (415) 277-7239

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rules 27 and 34.1(d), Appellees respectfully move to postpone oral argument, currently scheduled for December 4, 2024. Appellees submit that "grave cause" exists for this request based on the following:

1. Oral argument in this matter is presently scheduled for December 4, 2024.
2. Undersigned counsel for Appellees is the primary advocate in this case and is necessary for oral argument.
3. On November 22, undersigned counsel's father recently suffered a severe brain bleed and is currently in intensive care. Counsel's presence in Denver is required to assist with critical decisions regarding his care and to provide support to his family during this time.
4. Due to these extraordinary and unforeseen circumstances, it is extremely challenging for counsel to prepare for or attend oral argument in Boston on December 4.
5. Counsel for Appellees has contacted counsel for Appellant regarding this request. Appellant consents to the postponement of oral argument.
6. Appellees respectfully request that the argument be rescheduled for January or February 2025, or for the earliest possible sitting thereafter that is convenient for the Court.

# CONCLUSION

For the foregoing reasons, Appellees respectfully request that the Court postpone oral argument to January or February 2025, or the earliest possible sitting thereafter.

Respectfully Submitted,

s/*David H. Seligman*

DAVID H. SELIGMAN

TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, Colorado 80237-5680
Ph: (720) 441-2236
david@towardsjustice.org

MATTHEW C. HELLAND
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Ph: (415) 277-7239
helland@nka.com

PETER RUKIN
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612
Ph: (415) 421-1800
prukin@rukinhyland.com

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024 I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to all Defendants-Appellees that have appeared:

Date: November 25, 2024                s/*David H. Seligman*
                                       Attorney for Plaintiffs-Appellees